# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN McCULLOUGH, | ) Case No. 1:10-cv-2295-AWI-MJS |
| | ) |
| | ) ORDER GRANTING APPLICATION TO |
| Plaintiff, | ) PROCEED IN FORMA PAUPERIS |
| | ) |
| v. | ) (ECF No. 2) |
| | ) |
| FRESNO POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

Plaintiff Dawn McCullough ("Plaintiff") is proceeding pro se in this action.  Plaintiff filed her complaint and a motion to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 on December 10, 2010.  (ECF Nos. 1 & 2.)  Plaintiff's application demonstrates that she is entitled to proceed without prepayment of fees and it therefore is GRANTED.

IT IS SO ORDERED.

Dated: ___January 25, 2011___         ___/s/ *Michael J. Seng*___
UNITED STATES MAGISTRATE JUDGE