# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAWN McCULLOUGH,<br><br>Plaintiffs,<br><br>v.<br><br>FRESNO POLICE DEPARTMENT,<br><br>Defendant.<br>_____/ | CASE NO.   1:10-cv-2295-AWI-MJS<br><br>ORDER GRANTING FIRST MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(ECF No. 12)<br><br>30-DAY DEADLINE |

Plaintiff Dawn McCullough ("Plaintiff"), proceeding in forma pauperis, initiated this action by filing a pro se Complaint on December 20, 2010. (ECF No. 1) The Court screened Plaintiff's initial Complaint on March 25, 2011, and dismissed it with leave amend. (ECF No. 6.) Plaintiff filed a First Amended Complaint on May 2, 2011. (ECF No. 7.) On April 9, 2012, the Court screened Plaintiff's First Amended Complaint. (ECF No. 10.) The Court issued Findings and Recommendations, finding that Plaintiff had stated a cognizable claim and recommending dismissal of certain claims and Defendants. (Id.) On May 14, 2012, Plaintiff filed a motion to extend time to file objections to the Findings and

-1-

Recommendations. Good cause having been presented to the Court, IT IS HEREBY ORDERED that:

Plaintiff is granted an additional thirty (30) days from the date of service of this Order in which to file objections to Findings and Recommendations.

IT IS SO ORDERED.

Dated:   May 17, 2012                                /s/ *Michael J. Seng*
                                                    UNITED STATES MAGISTRATE JUDGE