1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

DAWN McCULLOUGH,

         Plaintiff,

v.

FRESNO POLICE DEPARTMENT,

         Defendant.

_____/

1:10-cv-02295-AWI-MJS

ORDER FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN BY AUGUST 17, 2012

(ECF Nos. 10 & 17)

Plaintiff Dawn McCullough ("Plaintiff"), proceeding in forma pauperis, initiated this action by filing a pro se Complaint on December 20, 2010. (ECF No. 1.)

The Court screened Plaintiff's initial Complaint on March 25, 2011, and dismissed it with leave to amend.  (ECF No. 6.)  Plaintiff filed a First Amended Complaint on May 2, 2011.  (ECF No. 7.)  The Court screened Plaintiff's First Amended Complaint and submitted a Findings and Recommendation ("F&R") that Plaintiff had stated a cognizable Fourth Amendment claim against Defendant Kevin Yambupah, but recommending dismissal of Plaintiff's other claims and Defendants.  (ECF No. 10.)  The F&R has since been adopted by the District Judge.  (ECF No. 17.)

Accordingly, it is HEREBY ORDERED that:

1.    Service shall be initiated on the following defendant:

       **KEVIN YAMBUPAH**

2.    The Clerk of the Court shall send Plaintiff one (1) USM-285 form, one (1)

-1-

1    summons, a Notice of Submission of Documents form, an instruction sheet

2    and a copy of the First Amended Complaint, filed May 2, 2011.

3    3.    Not later than August 17, 2012, Plaintiff shall complete the attached Notice

4          of Submission of Documents and submit the completed Notice to the Court

5          with the following documents:

6          a.    Completed summons;

7          b.    One completed USM-285 form for the Defendant listed above; and

8          c.    Two (2) copies of the endorsed First Amended Complaint filed May

9                2, 2011.

10   4.    Plaintiff need not attempt service on the Defendant and need not request

11         waiver of service.  Upon receipt of the above-described documents, the

12         Court will direct the United States Marshal to serve the above-named

13         Defendant pursuant to Federal Rule of Civil Procedure 4 without payment of

14         costs.

15   5.    The failure to comply with this order will result in dismissal of this action.

16

17

18

19

20   IT IS SO ORDERED.

21   Dated:    July 14, 2012            /s/ *Michael J. Seng*

22                                      UNITED STATES MAGISTRATE JUDGE

23

24

25

26

27

28